

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2026 JAN 30  AM 10: 59

MARGARET BOTKINS, CLERK
CHEYENNE

# UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

MATHEW CHRISTOPHER JACOBY,

        Defendant.

**CRIMINAL COMPLAINT**
**Under Seal**

Case Number: 26mj04-S

I, Luke Morales, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

On or about December 8, 2025, in the District of Wyoming, the Defendant, **MATHEW CHRISTOPHER JACOBY**, did knowingly, intentionally, and unlawfully possess with intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(B).

I further state that I am a Task Force Officer with the Wyoming Division of Criminal Investigation and that this complaint is based on the following facts:

**(*See attached Sworn Statement*)**

Continued on the attached sheet and made a part hereof.

_____
Signature of Complainant
**LUKE MORALES**

Sworn and attested by the applicant before me by telephone, bearing a previous signature submitted by email communication in accordance with the requirements of Fed. R. Crim. P. 4.1,

January 30 , 2026   at 10:27 a.m. at     Cheyenne, Wyoming
Date                               City and State

SCOTT P. KLOSTERMAN
United States Magistrate Judge            _____
Name & Title of Judicial Officer            Signature of Judicial Officer

**SWORN STATEMENT IN SUPPORT OF CRIMINAL COMPLAINT**
**DCI SPECIAL AGENT LUKE MORALES**
**U.S. v. MATHEW CHRISTOPHER JACOBY**

**INTRODUCTION**

1. Your Affiant, Luke Morales, is currently employed by the Laramie Police Department, assigned to the Wyoming Division of Criminal Investigation (DCI), Office of the Attorney General, as a Special Agent / Task Force Officer. Your Affiant is assigned to the Southeast Enforcement Team (SEET) and was so employed at all times pertinent hereto. Your Affiant has been a law enforcement Officer since 2023. Your Affiant was employed with Wyoming State Parks from July 2023 through November 2023, and with the City of Laramie Police Department from January 2024. During your Affiant's time with the Laramie Police Department, Your Affiant was assigned to the Wyoming Division of Criminal Investigation (DCI) as a Task Force Officer (TFO) investigating violations of the Wyoming controlled substances act and assisting with other investigations as needed. Prior to being a Task Force Officer, your Affiant was a Patrol Officer enforcing Wyoming State Statutes and City Ordinances within the City of Laramie. Your Affiant has received advanced training in the investigation of individuals and organizations involved in the illegal possession, sale, and/or trafficking of controlled substances.

2. With more than two (2) years of Law Enforcement work, your Affiant has experience including, but not limited to the investigation of several major crimes, including aggravated assaults, sexual assaults, forgeries, sexual abuse of children, and dangerous drugs. Your Affiant has experience in conducting investigations, interviewing suspects, interviewing witnesses, collecting evidence, and preparing applications for search warrants. Your Affiant has worked with and spoken with other numerous investigators that have extensive investigative skills in these areas and has gained knowledge of narcotics investigations and

common investigative techniques utilized. Your Affiant has received more than nine-hundred (900) hours of law enforcement training during his career and has personally written and participated in search warrants.

## PROBABLE CAUSE

3. On Monday, December 8, 2025, Wyoming Highway Patrol (WHP) Trooper Barker conducted a traffic stop on a vehicle that Mathew JACOBY was operating on Wyoming Highway 212 for speeding. After further investigation and speaking with JACOBY, WHP Trooper Barker noticed a suspicious wrapped package hidden under JACOBY's leg while he was seated in the driver's seat and questioned him about it. Trooper Barker called for a canine to respond to his location. The certified drug-detecting canine provided a positive indication to the odor of controlled substance within JACOBY's vehicle and a probable cause search of his vehicle followed. Trooper Barker discovered a plastic bag wrapped in tin foil containing a white crystal-like substance suspected to be methamphetamine, consistent with the wrapped package originally under JACOBY's leg, a plastic bag containing a white powdery substance suspected to be cocaine, and a plastic bag containing a dark liquid/tar substance suspected to be heroin in JACOBY's vehicle and on his person. JACOBY was subsequently placed under arrest for possession of a controlled substance.

4. JACOBY agreed to speak with DCI Agents at DCI Headquarters in Cheyenne. SA Morales and SA Harnisch conducted a custodial and recorded interview with JACOBY. JACOBY was advised of his Constitutional Rights, per *Miranda*. JACOBY indicated that he understood those rights. JACOBY said he purchased the methamphetamine a few hours earlier at the Flying J truck stop in Cheyenne, Wyoming.

5. SA Morales and SA Harnisch processed the evidence that JACOBY was found to be in possession of after WHP transferred custody of it to them. The suspected

methamphetamine and cocaine were field tested and Agents observed a presumptive positive indication for methamphetamine and cocaine, respectively. The substances were weighed and the weights were as follows:

    a. The methamphetamine weighed approximately 479 grams with packaging.

    b. The cocaine weighed approximately 16.5 grams.

    c. The heroin weighed approximately 0.5 grams.

6. Based on the above facts your Affiant knows from his training, experience, and conversations with users and "dealers" or suppliers of controlled substances that over 400 grams of Methamphetamine is more than a user amount and instead reflect an amount possessed by someone intending to distribute it to others.

**END OF SWORN STATEMENT**

## PENALTY SUMMARY

**DEFENDANT NAME:**        MATHEW CHRISTOPHER JACOBY

**DATE:**        January 30, 2026

**INTERPRETER NEEDED:**        No

**VICTIM(S):**        No

**OFFENSE/PENALTIES:**        **21 U.S.C. §§ 841(a)(1), (b)(1)(B)**
(Possession with Intent to Distribute Methamphetamine)

5-40 Years Imprisonment
Up to $5,000,000 Fine
Nlt 4 Years to Life Supervised Release
$100 Special Assessment

**AGENT:**        Luke Morales, DCI TFO

**AUSA:**        Paige N. Hammer
Assistant United States Attorney

**ESTIMATED TIME OF TRIAL:**        1 to 5 days

**WILL THE GOVERNMENT SEEK DETENTION IN THIS CASE:**        Yes